## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Marcia Newton** | * | |
| **Plaintiff(s)** | | |
| | * | |
| **vs.** | | **Civil No.: L-00-3713** |
| | * | |
| **American Home Products** | | |
| **Corp., et al** | * | |
| **Defendant(s)** | | |
| | ****** | |

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this __6 7H__ day of __March__ , 20__01__,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

_____
Benson E. Legg
United States District Judge

- 7



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

February 13, 2001

MICHAEL J. BECK
CLERK OF THE PANEL

## DOCKET NO. 1203

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-69)

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 2,730 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Louis C. Bechtle.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bechtle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000) the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F. Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Louis C. Bechtle.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR - 1 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-69 – TAG ALONG CASES
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE)
## PRODUCTS LIABILITY LITIGATION

District Div Civil Action #

**ALABAMA MIDDLE**
ALM    2  01-80      Lolley v. American Home Products Corp., et al.    *appeal 2/26/01*
ALM    2  01-82      Pugh v. American Home Products Corp., et al.    *Vacated 2/23/01*

**FLORIDA SOUTHERN**
FLS    0  00-7379    Gregg v. American Home Products Corp., et al.

**IOWA SOUTHERN**
IAS    4  00-90440   Kramer v. A.H. Robins Co., Inc., et al.

**MARYLAND**
MD     1  00-3705    Blevens, et al. v. American Home Products Corp., et al.
MD     1  00-3706    Spina, et al. v. American Home Products Corp., et al.
MD     1  00-3708    Moran, et al. v. American Home Products Corp., et al.
MD     1  00-3709    Boccia, et al. v. American Home Products Corp., et al.
MD     1  00-3713    Newton v. American Home Products Corp., et al.
MD     1  00-3714    Crownover v. American Home Products Corp., et al.

**MINNESOTA**
MN     0  01-146     Krueger, et al. v. American Home Products Corp.

**MISSOURI EASTERN**
MOE    4  00-1532    Pfingsten, et al. v. American Home Products Corp., et al.

**NORTH CAROLINA EASTERN**
NCE    4  00-208     Duff, et al. v. Robert W. Monteiro, M.D., et al.

**NORTH CAROLINA WESTERN**
NCW    1  00-291     Elliott, et al. v. Wyeth-Ayerst Laboratories, et al.

**NEW HAMPSHIRE**
NH     1  01-30      Noyes, et al. v. American Home Products Corp.
NH     1  01-31      Lovely, et al. v. American Home Products Corp.    *Vacated 2/23/01*
NH     1  01-32      Kelley, et al. v. American Home Products Corp.    *Vacated 2/23/01*

**NEVADA**
NV     2  01-12      McKelvey v. American Home Products Corp., et al.
NV     2  01-14      Frank, et al. v. American Home Products Corp., et al.

**NEW YORK NORTHERN**
NYN    7  00-1713    Williamson v. American Home Products Corp.

**OKLAHOMA WESTERN**
OKW    5  00-1623    Brady, et al. v. American Home Products Corp., et al.

**TENNESSEE EASTERN**
TNE    3  00-696     Jones v. American Home Products Corp., et al.

**TEXAS EASTERN**
TXE    1  00-672     Honeycutt v. American Home Products Corp., et al.

**WASHINGTON WESTERN**
WAW    2  01-17      Thomas, et al. v.. American Home Products Corp.

**WISCONSIN EASTERN**
WIE    2  00-1329    Nysgren v. American Home Products Corp., et al.    *Vacated 2/23/01*